IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STEVEN G. PEGLER,<br><br>Plaintiff,<br><br>v.<br><br>DOUG SMITH AUTOPLEX, INC. dba DOUG SMITH SUBARU,<br><br>Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No. 2:19-cv-00821-CW-DBP<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Dustin B. Pead |

    This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to Magistrate Judge Dustin B. Pead pursuant to 28 U.S.C. § 636(b)(1)(B). ECF No. 10. On April 29, 2021, Magistrate Judge Pead issued a Report and Recommendation, recommending that the court grant Defendant's motion for summary judgment and dismiss this action with prejudice. ECF No. 53. Plaintiff filed an objection to the Report and Recommendation on June 10, 2021, ECF No. 58, and therefore, Plaintiff is entitled to *de novo* review of the Report and Recommendation.

    After having reviewed the file *de novo*, the court APPROVES AND ADOPTS Judge Pead's Report and Recommendation in its entirety and hereby GRANTS Defendant's motion for summary judgment. This case is dismissed with prejudice. Each party shall bear their own costs.

    DATED this 30th day of September, 2021.

BY THE COURT:

_____

Clark Waddoups
United States District Judge
